UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    No. 3:11-CR-153-J-20JBT

DEITER HERBERT SINGH

_____/

Order Granting Defendant's Unopposed Motion for Sentence Reduction Under 18
U.S.C. § 3582(c)(2) Based on USSG Amendment 782

Before this Court is Defendant's "Unopposed Motion for Sentence Reduction Under Amendment 782" (Dkt. 41) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014). The United States does not oppose a reduction.

Defendant is eligible for a reduction because Amendment 782 reduces the guideline range applicable to him, *see* USSG §1B1.10(a)(1). (Dkt. 41). This Court agrees that he is eligible for a reduction and adopts the amended guideline calculations in the unopposed motion.

Having reviewed the facts in both the original presentence investigation report and the January 26, 2015 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), this Court finds that a reduction of _6_ months is warranted. Consistent with USSG §1B1.10(e)(1), and in light of the practical difficulties of a possible release date on Sunday, November 1, 2015, the effective date of this order is November 2, 2015.

Accordingly, it is **ORDERED**:

(1) Defendant's "Unopposed Motion for Sentence Reduction Under Amendment 782" (Dkt. 41) is **GRANTED**;

(2) This Court reduces Defendant's prison term from 30 months of imprisonment on count one to 24 months.

(3) The effective date of this order is November 2, 2015.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of September, 2015.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Danli Song, Esq.
Michelle Taylor, Esq.
U.S. Probation Office
Bureau of Prisons
U.S. Marshal's Office